## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| X.B., a minor, by and through his parents and natural guardians, C.B. and K.B., | : | No. 3:25cv756 |
| | : | |
| | : | (Judge Munley) |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| FRANCESCA MAZZEO; WYOMING VALLEY WEST SCHOOL DISTRICT; SUPERINTENDENT DAVID TOSH; PRINCIPAL TIMOTHY NEEDLE; and DIRECTOR OF SPECIAL EDUCATION MARYA BARATTA, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 31st day of March 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendants' motion to dismiss plaintiff's amended complaint, (Doc. 8), is **GRANTED** in part and **DENIED** in part;

2) As to Count I, plaintiffs' equal protection claims, the motion is **GRANTED** and the equal protection claims against all defendants are **DISMISSED** without prejudice;

3) As for Count I, plaintiffs' substantive due process claims, the motion is **GRANTED** in part and **DENIED** in part;

    a. The motion is **GRANTED** as to Defendants Wyoming Valley West School District, Superintendent David Tosh, Principal Timothy Needle, and Director of Special Education Marya Baratta and the substantive due process claims against these defendants are **DISMISSED** without prejudice;

    b. The motion is **DENIED** as to plaintiffs' substantive due process claim against Defendant Francesca Mazzeo;

4) As for Count II, plaintiffs' claims under the Individuals with Disabilities Education Act, the motion is **GRANTED** and the claims are **DISMISSED** with prejudice;

5) As for Count III, plaintiffs' claims under Section 504 of the Rehabilitation Act, the motion is **GRANTED**;

    a. The Section 504 claims are **DISMISSED** with prejudice as to Defendants Francesca Mazzeo, Superintendent David Tosh, Principal Timothy Needle, and Director of Special Education Marya Baratta

    b. The Section 504 claim against Defendant Wyoming Valley West School District is **DISMISSED** without prejudice;

2

6) As for Count IV, plaintiffs' claim under the Americans with Disabilities Act against Defendant Wyoming Valley West School District, the motion is **GRANTED** and the ADA claim against the district is **DISMISSED** without prejudice;

7) As for Count V, plaintiff's failure-to-train claim against Defendant Wyoming Valley West School District under Section 1983, the motion is **GRANTED** and the failure-to-train claim is **DISMISSED** without prejudice;

8) As for Counts VI to XIII, plaintiff's state law claims, the motion is **GRANTED** in part and **DENIED** in part;

   a. The motion is **GRANTED** with respect to Counts VIII–XIII and those claims are **DISMISSED** with prejudice[1];

   b. The motion is **DENIED** with respect to the assault and battery (Count VI) and intentional infliction of emotional distress (Count VII) claims against Defendant Mazzeo.

9) Plaintiffs may file an amended complaint within **14 days** of the date of this order regarding the claims dismissed without prejudice above;

---

[1] The following claims against Defendant Mazzeo under state law are dismissed with prejudice: 1) breach of fiduciary duty (Count VIII); 2) negligence (Count IX); and 3) negligent infliction of emotional distress (Count X). The following claims against Wyoming Valley West, Superintendent Tosh, Principal Needle and Special Education Director Baratta are dismissed with prejudice: 1) vicarious liability (Count XI); 2) breach of fiduciary duty (Count XII); and 3) negligence (Count XIII).

3

10) If plaintiffs fail to file an amended complaint within the timeframe provided, all claims against Defendants Wyoming Valley West, Superintendent Tosh, Principal Needle and Special Education Director Baratta will be dismissed with prejudice and this case will proceed only against Defendant Mazzeo;

11) Defendants shall respond to the amended complaint within **14 days** of its filing or, in the absence of an amended complaint, within **14 days** of the court formalizing the dismissals with prejudice in a separate order.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

4